### Richard P. MURRAY v. Carter H. HARRISON, Collector.

No. 5777.

Circuit Court of Appeals, Seventh Circuit.

Nov. 11, 1936.

Harris F. Williams, of Chicago, Ill., for appellant.

S. E. Blackham, of Washington, D. C., for appellee.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

Now this day come the parties by their counsel and this cause now comes on to be heard on the printed record and briefs of counsel and on oral arguments.

On consideration whereof it is now here ordered, adjudged, and decreed by this

court that the decree of the District Court of the United States for the Northern District of Illinois, Eastern Division, in this cause be, and the same is hereby, affirmed.